IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                            CASE NO.    4:02cr26-SPM/AK

OSCAR LEE LENTON,

       Defendant.
_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated February 21, 2008 (doc. 115).  Defendant has been furnished a copy of the report and recommendation and filed a premature notice of appeal (117), which will be treated as a generalized objection.

Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation is correct and should be adopted.  Accordingly, it is

ORDERED as follows:

1.   The magistrate judge's report and recommendation (doc. 115) is ADOPTED and incorporated by reference in this order.

2.   Defendant's motion to vacate (doc. 95) is denied.

3.   Defendant is advised that if he intends to appeal to the Eleventh Circuit Court of Appeals he must file another notice of appeal within the time limit

prescribed by Federal Rule of Appellate Procedure 4(a).

DONE AND ORDERED this 13th day of March, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge