IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO. 4:02cr26-SPM/AK

OSCAR LEE LENTON,

      Defendant.
_____/

### ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

This cause comes before the Court upon Defendant Oscar Lee Lenton's notice of appeal, which has been treated in accordance with Federal Rule of Appellate Procedure 22(b) and 28 United States Code, Section 2253(c), as a motion for certificate of appealability. Docs. 120 and 121. The Court will not issue a certificate of appealability because Defendant has failed to make a substantial showing of the denial of a constitutional right.

For reasons explained in the Report and Recommendation (doc. 115), Defendant's indictment was not subject to dismissal under the Speedy Trial Act, and there was no ineffective assistance of counsel in this regard. Likewise, there was no ineffective assistance of counsel regarding the tape recorded statements of Morris Ferrell. Mr. Ferrell's statements were not hearsay and they were not testimonial within the scope of Crawford v. Washington, 541 U.S. 36 (2004). See

United States v. Wilson, No. 06-14859, 2007 WL 2174571, 238 Fed. Appx. 571, 574-75 (11th Cir. Jul. 30, 2007).  There is no indication, moreover, to support Defendant's position that Mr. Ferrell would have testified favorably on his behalf if called as a witness and that the testimony likely would have changed the outcome of the proceedings.  There was no ineffectiveness of counsel on Defendant's remaining claims regarding counsel's failure to seek reconsideration of the motion to suppress, failure to object to the Government's vouching of witnesses, and failure to make a motion for judgment of acquittal.  Counsel's performance was not deficient in these regards and it did not likely affect the outcome of the proceedings.  Finally, Defendant's claims of cumulative error and ineffective assistance of appellate counsel have no merit because Defendant's trial counsel was not ineffective.

The resolution of this case is not debatable among reasonable jurists and the issues do not deserve encouragement to appeal.  Slack v. McDaniel, 529 U.S. 473, 484 (2000).  Accordingly, it is

ORDERED AND ADJUDGED that the motion for certificate of appealability (doc. 121) is denied.

DONE AND ORDERED this 10th day of April, 2008.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge

CASE NO.  4:02cr26-SPM/AK