IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 4:02cr26-SPM

OSCAR LEE LENTON,

    Defendant.
_____/

## ORDER DENYING MOTIONS FOR REDUCTION OF SENTENCE

This cause comes before the Court upon Defendant Oscar Lee Lenton's motions for reduction of sentence under Title 18, United States Code, Section 3582. Docs. 142 and 145. Despite the title of his motions, Defendant has not stated any grounds that would entitle him to a sentence reduction under Title 18, United States Code, Section 3582. Nor has he presented any circumstances that would warrant appointment of counsel. See United States v. Webb, 565 F.3d 789, 794-95 (11th Cir. 2009) (Defendant has no right to counsel for sentence reduction under 3582, but the Court has discretion to appoint counsel in the interests of justice.).

The Court declines to recharacterize Defendant's motions under Title 28, United States Code, Section 2255, since it does not appear that such a motion

would be available to Defendant.[1]  Accordingly, it is

ORDERED AND ADJUDGED:

1. Defendant's motions for reduction of sentence under Title 18, United States Code, Section 3582 (docs. 142 and 145) are denied.

2. Defendant's motion for appointment of counsel (doc. 143) is denied.

DONE AND ORDERED this 29th day of December, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge

---

[1] Defendant has already been sentenced and the opinion on his direct appeal was issued on November 7, 2003.  See docs. 63 and 91.  Defendant filed a 2255 motion, which was denied and appealed without success.  See docs. 95, 115, 118, and 140.

CASE NO.  4:02cr26-SPM